**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| KIMIA DARABI, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>KENNETH PLATEK, *et al.*<br><br>*Defendants*. | Case No.: 1:25-cv-00353-PTG-WEF |

**ORDER**

This matter is before the Court on Plaintiffs' Motion to Stay ("Motion"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED.

ENTERED this 18th day of February 2026.

Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge